# UNITED STATES DISTRICT COURT

for the

District of New Hampshire

| In the Matter of the Search of | )  |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) )  Case No.  19-mj-273-01-AJ |
| information associated with steven@anypayinc.com, that is stored at premises controlled by Amazon.com, Inc. | ) ) |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
information associated with steven@anypayinc.com that is stored at premises controlled by Amazon.com, Inc. a detailed description of which is contained in Attachment A-3 herein.

located in the _____Western_____ District of _____Washington_____ , there is now concealed *(identify the person or describe the property to be seized)*:
Property that constitutes evidence, fruits, and/or other instrumentalities of violations of 21 USC 841(a)(1), 846, enumerated in Attachment B-3, attached hereto and incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1), 846 | Conspiracy to Distribute and to Possess with Intent to Distribute Controlled Substance |

The application is based on these facts:

Please see attached affidavit.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____/s/ Kathryn Thibault_____
*Applicant's signature*

_____SA Kathryn Thibault, FBI_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____12/23/2019_____

_____Andrea K. Johnstone_____
*Judge's signature*

City and state:  Concord, New Hampshire

Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*