UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| )<br>IN THE MATTER OF THE SEARCH        )<br>OF INFORMATION ASSOCIATED         )<br>WITH STEVEN@ANYPAYINC.COM,         )<br>THAT IS STORED AT PREMISES         )<br>CONTROLLED BY                      )<br>AMAZON.COM, INC.                   )<br>                                   ) | Docket no.19-mj-273-AJ<br><br>**<u>Filed Under Seal – Level II</u>** |

MOTION TO EXTEND SEAL AT LEVEL II: ENTIRE MATTER
<u>RELATED TO APPLICATION FOR SEARCH WARRANT</u>

In the above captioned case, the United States of America respectfully moves to extend the seal at Level II, the entire matter related to the Application for a Search Warrant, including the application, the supporting affidavit, any search warrant that may issue, the resulting return, this motion, and the corresponding docket text entries for 180 days, expiring on December 16, 2020, except that the government may later disclose these materials to comply with its discovery obligations under the local rules.

Under Federal Rule of Criminal Procedure 49.1(d) and Local Rule 83.12(a)(1), the Court has authority to grant this motion.

The Court should extend the seal of these documents because they contain sensitive information, which, if prematurely released, may compromise an ongoing criminal investigation. Specifically, the application contains information identifying targets of the investigation. Investigators believe that those targets are unaware that they are considered suspects or are unaware of the incriminating evidence investigators have gathered against them. Should

Motion To Extend Seal of Entire Matter Related to Search Warrant
Page 2 of 2

information identifying those targets and the evidence against them be released, it may cause

them to flee, destroy evidence, or change their patterns of behavior.

     This motion is not intended to preclude the executing officer from serving a copy of the

application and a receipt for any property seized as required by Federal Rule of Criminal

Procedure 41(f)(1)(C).

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney

Dated: June 18, 2020                    By: /s/ Georgiana L. Konesky
                                        Georgiana L. Konesky
                                        Assistant United States Attorney

Motion:     ☐ Granted     ☐ Denied

_____

Andrea K. Johnstone
United States Magistrate Judge
United States District Court
District of New Hampshire
Date: _____